**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ARcare d/b/a Parkin Drug Store and Bald Knob Medical Clinic, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ST. AUGUSTINE EDUCATIONAL SERVICES, INC.,<br><br>Defendant. | Civil Action No.: 1:16-cv-01273-LMM |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff ARcare d/b/a Parkin Drug Store and Bald Knob Medical Clinic, by and through counsel, hereby dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: June 22, 2016                Respectfully submitted,

By:   */s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr., GA Bar No. 262062
JOHNSON & WEAVER, LLP
40 Poweder Springs Street
Marietta, GA  30064
Telephone:  (770) 200-3104
Facsimile:  (770) 200-3101
michaelf@johnsonweaver.com

-and-

**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam, Esq.
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone:  (501) 312-8500
Facsimile:  (501) 312-8505
rpulliam@cbplaw.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 22, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                                       */s/ Michael I. Fistel, Jr.*_____
                                                       MICHAEL I. FISTEL, JR.